DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

HOWELL M. RAMSEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-757

_____

September 15, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Hillsborough County; Michelle Sisco, Judge.

Howell M. Ramsey, pro se.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, CASANUEVA, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.